UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC.
FILED
SEP - 1 2005
AT _____ O'CLOCK _____ M
SOFRON B. NEDILSKY

SCHREIBER FOODS, INC.,
           Plaintiffs,

v.

Case No. 02-C-293

BORDEN, INC., n/k/a BORDEN
CHEMICAL, INC., BORDEN
FOODS CORP., and DAIRY FARMERS
OF AMERICA, INC.,
           Defendants.

## ORDER OF DISMISSAL

BASED UPON the signed stipulation for dismissal entered into by all parties to this action dated August 31, 2005,

IT IS HEREBY ORDERED that this matter is DISMISSED in its entirety, with prejudice, with each party bearing its own costs and attorney fees.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 1st day of September, 2005.

BY THE COURT:

_____
AARON E. GOODSTEIN
United States Magistrate Judge